■ In the Matter of CLIFFORD LIPSCOMB, a Suspended Attorney, Admitted Under the Name of CLIFFORD NATHANIEL LIPSCOMB, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.—Proceeding pursuant to Judiciary Law § 90 to discipline the respondent, Clifford Lipscomb, a suspended attorney, who was admitted to practice by the Appellate Division of the Supreme Court, Second Judicial Department on April 26, 1972, under the name Clifford Nathaniel Lipscomb.

Upon the papers filed in support of the application, it is

Adjudged that the application is denied as academic *(see, Matter of Lipscomb,* 164 AD2d 358 [decided herewith]). Mangano, P. J., Bracken, Brown, Lawrence and Kunzeman, JJ., concur.